IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                            CASE NO. 04-32045
    JOHNSON, KRISTINA NICOLE

                                                CHAPTER 7

    Debtor(s).

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS
## PURSUANT TO 11 U.S.C. §347

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 7 | Wells Fargo<br>8998 Pensacola Blvd<br>Pensacola, FL  32534 | $68.57 |

The check was mailed to the creditor at the above address on March 8, 2006. The check was returned to the Trustee. A stop payment has been issued on this check.

                                                          /s/ Karin A. Garvin
                                                          Karin A. Garvin, Trustee
                                                          FL Bar No. 0106933
                                                          220 W. Garden St., Ste 805
                                                          Pensacola, FL  32502
                                                          850-437-5577/850-437-5250 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

                                                          /s/ Karin A. Garvin