**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                    **CASE NO. 04-32045**
    **JOHNSON, KRISTINA NICOLE**
                                                          **CHAPTER 7**

                        Debtor(s).

_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS**
**PURSUANT TO 11 U.S.C. §347**

    Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347,

gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed

funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 5 | Honda Finance | $801.58 |
|  | 6261 Katella Ave., #1A |  |
|  | Cypress, CA  90630 |  |

    The check was mailed to the creditor at the above address on March 8, 2006.  The

check was never cashed and was returned to the Trustee.  A stop payment has been issued

on this check.

                                    /s/ Karin A. Garvin_____
                                    Karin A. Garvin, Trustee
                                    FL Bar No. 0106933
                                    220 W. Garden St., Ste 805
                                    Pensacola, FL  32502
                                    850-437-5577/850-437-5250 fax

                        CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing notice has been served by the

Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128,

Tallahassee, FL  32301 on the date this document was filed with the Court.  *Note: for*
*verification of the date of service, please check the docket entry for this document.*

                                    /s/ Karin A. Garvin_____